UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| JULIO M. LOPEZ,<br><br>            Petitioner,<br><br>  v.<br><br>LISA SANDERS (Warden),<br><br>            Respondent. | ) CV 08-8109-DOC (SH)<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

      Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

      IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and the action is dismissed with prejudice.

DATED: June 19, 2009

_/s/ David O. Carter_
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

1